# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CIVIL NO. 07-0425-WS** |
| ) | |
| **LEONARD EDWARD WESTRY,** ) | **CRIMINAL NO. 05-0206-WS** |
| ) | |
| **Petitioner.** ) | |

## JUDGMENT

In accordance with the Order entered on this date, denying petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (doc. 723), it is **ordered, adjudged and decreed** that this § 2255 action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 2nd day of November, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE